395 A.2d 964

Commonwealth v. Chisolm, Appellant.

Argued September 13, 1978. William T. Cannon, for appellant; Sheldon Finkelstein, Assistant District Attorney, with

him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

MONTGOMERY, J., dissented.